IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV165

| | | |
|---|---|---|
| GERMAINE SINCLAIR, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| KNOWLEDGE UNIVERSE EDUCATION LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 5) and Defendant's Motion to Strike, or in the Alternative, Motion for Order of Redaction (Doc. No. 3). On May 7, 2015, the Court entered a *Roseboro* Order directing the *pro se* Plaintiff to respond to Defendant's Motion to Dismiss by May 26, 2015. Plaintiff has failed to file a response with the Court.

For the reasons stated in Defendant's brief in support of its Motion to Dismiss, Plaintiff's Complaint is dismissed pursuant to Rules 12(b)(6), 8, and 10 of the Federal Rules of Civil Procedure. Moreover, the Court hereby strikes pages 10 and 27-28 of Document 1-2 (Exhibits A, J, and K to Plaintiff's Complaint) as those pages contain the names of minor children, in violation of Rule 5.2(a) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 5) is hereby GRANTED and Plaintiff's Complaint is hereby DISMISSED;

IT IS FURTHER ORDERED that Defendant's Motion to Strike is hereby GRANTED.

Signed: June 2, 2015

Graham C. Mullen
United States District Judge